IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Devers, Dorothy

Printed: 4/15/08

Case Number: 04 B 40723
Judge: Wedoff, Eugene R
Filed: 11/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 29, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 45,254.70 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 41,170.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,300.00 |
| Trustee Fee: |  | 2,226.39 |
| Other Funds: |  | 558.31 |
| Totals: | 45,254.70 | 45,254.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,300.00 | 1,300.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 839.53 | 7,490.71 |
| 5. | Marshall Field & Company | Unsecured | 96.92 | 864.71 |
| 6. | Famous Barr | Unsecured | 11.32 | 100.97 |
| 7. | Resurgent Capital Services | Unsecured | 99.42 | 887.05 |
| 8. | ECast Settlement Corp | Unsecured | 89.78 | 801.13 |
| 9. | ECast Settlement Corp | Unsecured | 645.27 | 5,757.39 |
| 10. | RoundUp Funding LLC | Unsecured | 44.26 | 394.85 |
| 11. | Citicorp Mortgage Inc | Unsecured | 717.73 | 6,398.07 |
| 12. | ECast Settlement Corp | Unsecured | 1,525.79 | 13,613.82 |
| 13. | Resurgent Capital Services | Unsecured | 544.84 | 4,861.30 |
| 14. | Citibank | Secured |  | No Claim Filed |
| 15. | Sonnenschien, Carlin, Nath | Secured |  | No Claim Filed |
| 16. | Internal Revenue Service | Priority |  | No Claim Filed |
| 17. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | Sonnenschien, Carlin, Nath | Unsecured |  | No Claim Filed |
| 20. | Bankcard Services | Unsecured |  | No Claim Filed |
| 21. | Capital One | Unsecured |  | No Claim Filed |
| 22. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | CDSI | Unsecured |  | No Claim Filed |
| 25. | Lord & Taylor | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Devers, Dorothy | Case Number: 04 B 40723 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 4/15/08 | Filed: 11/3/04 |

| | | | |
|---|---|---|---|
| 26. Sam's Club | Unsecured | | No Claim Filed |
| 27. Retailer's National Bank | Unsecured | | No Claim Filed |
| 28. Harris Bank | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 5,914.86 | $ 42,470.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 46.40 |
| 4% | 18.13 |
| 3% | 56.58 |
| 5.5% | 142.73 |
| 5% | 1,776.24 |
| 4.8% | 75.81 |
| 5.4% | 110.50 |
| | _____ |
| | $ 2,226.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

